Minne Halle and Philip Halle, her husband, and Jacob E. Cohen and Max Myerson, Appellants, vs. J. R. Einstein, Appellee.

Appeal from Circuit Court, Duval county; Rhydon M. Call, Judge.

R. H. Liggett, for Appellants.

F. W. Pope, for Appellee.

The bill in this cause was filed by the appellee against the appellants. There, was decree for the complainant, and the defendants appeal.

Appeal dismissed for failure to comply with Rule 20 as to filing abstracts of the record.